**FILED**

**SEP 24 2007**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>DAVID E. BURGERT, JR.,<br><br>Defendant - Appellant. | Nos. 07-30306, 07-30308<br><br>D.C. Nos. CR 02-49-DWM<br>CR 04-21-DWM<br>District of Montana,<br>Missoula<br><br>ORDER |

The court sua sponte consolidates appeal nos. 07-30306 and 07-30308.

The briefing schedule established previously remains in effect.

For the Court

*[signature]*

Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

FILED
MISSOULA, MT
2007 SEP 27 AM 10 56
BY PATRICK E. DUFFY
DEPUTY CLERK

S:\MOATT\Cmshords\09-07\nw\07-30306+.wpd